# UNITED STATES DISTRICT COURT

_____EASTERN_____  **District of**  _____CALIFORNIA_____

| | |
|---|---|
| MARCIE R. GOMAR,<br>   Plaintiff<br><br>   V.<br><br>COMMISSIONER of SOCIAL SECURITY,<br>   Defendant | **ORDER ON APPLICATION<br>TO PROCEED WITHOUT<br>PREPAYMENT OF FEES**<br><br>CASE NUMBER: 1:08-at-00256 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

<u>X</u> GRANTED.

 <u>X</u> The clerk is directed to file the complaint.

 __ IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

ENTER this  <u>14th</u>  day of  _____May_____, __2008__ .

                /s/ Sandra M. Snyder
                Signature of Judicial Officer

                SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
                Name and Title of Judicial Officer