UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIE R. GOMAR,<br><br>  Plaintiff<br><br>vs<br><br>COMMISSIONER OF SOCIAL SECURITY<br><br>  Defendant | **NEW CASE NO.  1:08-cv-00675 GSA**<br><br>ORDER ASSIGNING CASE<br>RE PRESIDING JUDGE<br><br>Old Case No.  1:08-cv-00675 OWW GSA |

   IT IS HEREBY ORDERED that the above-entitled action be assigned to the docket of Judge GARY S. AUSTIN as Presiding Judge of the above entitled action.  Plaintiffs filed their consent on June 5, 2008 and Defendants filed their consent on August 1, 2008 under Title 28, U.S.C. Sec. 636(c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

# ALL FUTURE PLEADINGS SHALL BE NUMBERED AS FOLLOWS:

# 1:08-cv-00675-GSA

IT IS SO ORDERED.

**Dated:   August 5, 2008**                           **/s/ Oliver W. Wanger**
                                                                UNITED STATES DISTRICT JUDGE